# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JODY HENDRICK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-0202-CV-W-BCW |
| ACADEMY I LP, et al., | ) |
| Defendants. | ) |

___**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_**Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Court orally grants the motion to remand (Doc. #10) for the reasons set forth on the record.

June 8, 2023         Paige Wymore-Wynn
Date                 Clerk of Court

                     /s/ Tracy L. Diefenbach
                     (by) Deputy Clerk